UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PJ JEFFERSON,

                Petitioner,                Case Number 2:12-cv-14142
                                                        Honorable Sean F. Cox

v.

DAVID BERGH,

                Respondent.
_____/

OPINION AND ORDER DENYING MOTION TO AMEND PETITION [Dkt. 17]

Petitioner, PJ Jefferson, a state prisoner, filed this case under 28 U.S.C. § 2254. On May 7, 2013, the Court denied the petition because Petitioner had failed to file the petition within the one-year statute of limitations under 28 U.S.C. § 2244(d). Petitioner filed a notice of appeal on May 16, 2013.

Petitioner's pending motion states that he discovered that he just discovered that an additional claim was raised in his state court appeal concerning the admission a co-defendant's statement into evidence at trial. He would like to add this claim to his petition. The claim has nothing to do with the timeliness of the petition, and therefore it has no bearing on the outcome of this case.

Accordingly, the motion is DENIED as moot.

        SO ORDERED.


Dated: July 18, 2013                                          S/ Sean F. Cox
                                                                                Sean F. Cox
                                                                                U. S. District Court Judge


I hereby certify that on July 18, 2013, the foregoing document was served upon counsel of record

by electronic means and upon PJ Jefferson by First Class Mail at the address below:

PJ Jefferson
248025
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788

Dated:  July 18, 2013                             S/ J. McCoy
                                                  Case Manager